ALBERT E. WEISS, JR., ET AL. *v.* MARGARET M.
WEISS ET AL.
(AC 22720)

Lavery, C. J., and Foti and West, Js.

Argued February 25—officially released April 8, 2003

Per Curiam. There is no standing.

The appeal is dismissed.

STATE OF CONNECTICUT *v.* DEBORAH A. RANGER
(AC 22946)

Flynn, West and McDonald, Js.

Argued March 17—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

VANCE JOHNSON *v.* COMMISSIONER OF
CORRECTION
(AC 22882)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The appeal is dismissed.